

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00216-CR

Luis Antonio **ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5532
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The State's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to February 18, 2020.

It is so **ORDERED** on January 28, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court